UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-537 PAM/JGL

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) ORDER
)
TIM J. FISCHER, )
)
Defendant. )

This matter comes before the Court following issuance of a bench warrant for defendant's failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 16th day of December, 2004.

S/ J Earl Cudd
UNITED STATES MAGISTRATE JUDGE