A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

RECEIVED
04 DEC 23 PM 2:45
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CV 00-537PAM/JGL**

0441-1125-0192-F

TIM FISCHER

US MARSHALS SERVICE
MPLS., MN
Nov 21 3 58 PM '03
RECEIVED

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Tim Fischer
14332 90th Street NW
South Haven, MN 55382

and bring him or her forthwith to the nearest Magistrate Judge charging him or her with:
failure to appear for debtor's examination.

Ordered by: Magistrate Judge J. EarlUnited States District Court .

Denise La Fond

November 21, 2003 at Minneapolis, MN

(By) Denise La Fond, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

Name and Title of Arresting Officer ______________________ Signature of Arresting Officer ______________________

DATE 12-23-04
RETURNED UNEXECUTED per Dismissal
U.S. MARSHAL
DISTRICT OF MINNESOTA
M. [signature]

SCANNED
DEC 29 2004
U.S. DISTRICT COURT MPLS

DC Modified 12/17/02