UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-537 PAM/JGL

UNITED STATES OF AMERICA,

Plaintiff,

v.

TIM J. FISCHER,

Defendant,

FULLERTON LUMBER,

Garnishee.

**GARNISHMENT ORDER**

A Writ of Garnishment was duly issued by this Court. The garnishee indicates that the defendant is no longer an employee.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment is hereby released.

Dated: September 7, 2005

s/Jonathan Lebedoff

JONATHAN G. LEBEDOFF
Chief U.S. Magistrate Judge